## FIRST DEPARTMENT, JANUARY, 1915.

THE W. A. IVES MANUFACTURING COMPANY, Appellant, *v.* SMITH & HEMENWAY COMPANY, Respondent. (Action No. 2.)

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 25th day of November, 1914, directing the plaintiff to give security for costs.

PER CURIAM: As the defendant answered before it made its motion to compel the plaintiff to give security for costs, its right to require such security was waived. The order appealed from is reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.

---

AUTOMOBILE TIRE COMPANY, INC., Appellant, *v.* MANSFIELD TIRE AND RUBBER COMPANY, Respondent.

Appeal from part of an order of the Supreme Court, entered in the New York county clerk's office on the 2d day of December, 1914, directing the plaintiff to serve a bill of particulars.

PER CURIAM: The order appealed from is modified by directing the service of a bill of particulars called for in the notice of motion in items therein designated 1, 2 down to and including the words "the quantity and size of tires ordered," 3, 4 and 8, and as thus modified affirmed, without costs to either party. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ. Order modified as stated in memorandum, and as modified affirmed, without costs. Order to be settled on notice.

---

ELMER M. KIMBARK, Respondent, *v.* WALDEMAR COMPANY and Others, Defendants.

MORTIMER BARTLETT and the ALBANY APARTMENTS CORPORATION, Appellants; LINDSAY, KALISH & PALMER and HENRY A. WISE, as Receiver, Respondents.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 8th day of December, 1914, authorizing the receiver to pay counsel fee.

PER CURIAM: Upon the affidavits presented to the court there is no basis upon which the court can ascertain the value of the services rendered by the attorney for the receiver. The order appealed from must, therefore, be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.